Peter Strojnik,
7847 N. Central Ave.
Phoenix, Arizona 85020
Telephone: (602) 524-6602
ps@strojnik.com
*pro se*

**FILED**
JUN 11 2019
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Peter Strojnik (Sr.),

        Plaintiff,

vs.

Ravensbrook Inn Yosemite,

        Defendant.

Case No: 1:18-cv-01621-BAM

**NOTICE OF DISMISSAL WITH PREJUDICE**

Please take notice that Plaintiff dismisses the above cause **with prejudice.**

RESPECTFULLY SUBMITTED this 8th day of June, 2019.

**PETER STROJNIK**

_____
Plaintiff