1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PETER STROJNIK, SR.,                      Case No.  1:18-cv-01621-BAM

12              Plaintiff,                      **ORDER CLOSING CASE IN LIGHT OF
                                               UNOPPOSED REQUEST TO DISMISS**
13        v.
                                               (Doc. No.20)
14   RAVENSBROOK INN YOSEMITE,

15              Defendant.

16

17

18        Plaintiff Peter Strojnik, Sr., proceeding pro se, initiated this Americans with Disabilities

19   Act action on November 9, 2018.  Defendant Ravensbrook Inn answered the complaint on

20   February 7, 2019.  The parties have consented to the jurisdiction of a United States Magistrate

21   Judge for all purposes.  (Doc. Nos. 4, 10.)

22        On June 11, 2019, Plaintiff filed a notice of voluntary dismissal of this action with

23   prejudice pursuant to Federal Rule of Civil Procedure 41(a). (Doc. No. 18.)  The Court construed

24   the notice as a motion to dismiss the action pursuant to Federal Rule of Civil Procedure

25   41(a)(1)(B)[1] and directed Defendant to file a response or statement of non-opposition to the

26   motion or, alternatively, for the parties to file a stipulation of dismissal.  (Doc. No. 19.)  On June

27   ─────────────────────
     [1]     The Court inadvertently cited Federal Rule of Civil Procedure 41(a)(1)(B).  The correct
28   citation is Federal Rule of Civil Procedure 41(a)(2) as discussed more fully in this Order.

                                           1

1  13, 2019, Defendant filed a statement of non-opposition. (Doc. No. 20.) Defendant affirmed that

2  it does not oppose Plaintiff's motion to dismiss this action with prejudice. (Id.)

3  Federal Rule of Civil Procedure 41(a) "allows plaintiffs voluntarily to dismiss some or all

4  of their claims against some or all defendants." Romoland Sch. Dist. v. Inland Empire Energy

5  Ctr., LLC, 548 F.3d 738, 748 (9th Cir. 2008). Where a defendant has served an answer or a

6  motion for summary judgment but has not signed a stipulation to dismiss, a plaintiff's voluntary

7  dismissal must be effected through a motion for voluntary dismissal under Rule 41(a)(2). See

8  Fed. R. Civ. P. 41(a); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1999). Rule

9  41(a)(2) provides in relevant part: "Except as provided in Rule 41(a)(1), an action may be

10  dismissed at the plaintiff's request only by court order, on terms that the court considers proper. . .

11  . Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice."

12  Fed. R. Civ. P. 41(a)(2); Hargis v. Foster, 312 F.3d 404, 412 (9th Cir. 2003). "A district court

13  should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show

14  that it will suffer some plain legal prejudice as a result." Smith v. Lenches, 263 F.3d 972, 975 (9th

15  Cir. 2001).

16  In this instance, Defendant filed and served an answer, and Plaintiff's motion did not

17  contain a stipulation signed by Defendant. As such, an automatic dismissal under Rule 41(a)(1) is

18  not possible. See Fed. R. Civ. P. 41(a)(1). However, Defendant has not opposed the request for

19  dismissal of this action with prejudice. Given Defendant's non-opposition, the Court finds no

20  reason to deny Plaintiff's request for voluntary dismissal under Rule 41(a)(2). Therefore, the

21  Court shall grant the motion and close this action. See Fed. R. Civ. P. 41(a)(2); Hargis, 312 F.3d

22  at 412; Smith, 263 F.3d at 975.

23  Accordingly, IT IS HEREBY ORDERED that:

24  1. Plaintiff's motion for voluntary dismissal with prejudice under Rule 41(a)(2) is

25  GRANTED;

26  2. All pending motions, if any, are TERMINATED;

27  3. All pending dates and matters are VACATED; and

28

1    4. The Clerk of the Court is directed to CLOSE this case.

2    This terminates the action in its entirety.

3

4    IT IS SO ORDERED.

5    Dated:    **June 14, 2019**                    /s/ *Barbara A. McAuliffe*   _

6                                                     UNITED STATES MAGISTRATE JUDGE